# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>THE ALIERA COMPANIES, INC.<br>d/b/a Aliera Healthcare, Inc., *et al*.,<br><br>Debtors. | **Case No. 21-11548 (TMH)**<br><br>Currently pending in the U.S. Bankruptcy Court For the District of Delaware |
| ALIERA LT, LLC, AS LIQUIDATING TRUSTEE FOR THE ALIERA COMPANIES, INC. D/B/A ALIERA HEALTHCARE INC., ET AL. and NEIL F. LURIA, IN HIS CAPACITY AS THE TRUSTEE OF THE SHARITY MINISTRIES, INC., LIQUIDATING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>TOBIAS & ASSOCIATES LLC F/K/A TOBIAS & ASSOCIATES INC. D/B/A GETMEHEALTHCARE,<br><br>Defendant. | **Adversary Proceeding No. 24-05094-jrs** |

## JOINT MOTION TO APPOINT MEDIATOR

COME NOW, Plaintiffs Aliera LT, LLC, as Liquidating Trustee (the "Trustee") for The Aliera Companies, Inc. d/b/a Aliera Healthcare, Inc., *et al* (the "Debtors") and Neil F. Luria, in His Capacity as the Trustee of the Sharity Ministries, Inc. Liquidating Trust (collectively with the Trustee, the "Plaintiffs"), and Defendant Tobias & Associates LLC f/k/a Tobias & Associates Inc. d/b/a Get Me Healthcare (the "Defendant", and together with the Plaintiffs, the "Parties") and hereby request that

the Court refer this case to mediation. In support of this motion, the Parties state as follows:

1. On May 30, 2024, the Plaintiffs filed a *Motion to Establish Mediation Procedures* [Docket No. 6] (the "Mediation Procedures Motion"), in the above-captioned adversary proceeding.

2. Following a hearing on the Mediation Procedures Motion, the Court entered an *Order Establishing Mediation Procedures* [Docket No. 11] (the "Mediation Procedures Order") on July 5, 2024, approving the procedures attached as Schedule 1 thereto (the "Procedures").

3. The Parties have agreed to mediation and, in accordance with Procedures, hereby request that the Court refer the case to mediation.

4. The Parties have contacted the Honorable Paul W. Bonapfel who has agreed to mediate this adversary proceeding and has provided the parties with mediation dates, subject to this Court's entry of an order referring the case to mediation.

5. Upon completion of the mediation, the Parties will promptly report back to the Court in the manner outlined in the Procedures.

WHEREFORE, the Parties respectfully request that the Court refer the case to mediation, and for any and all other relief just and proper in the premises.

Respectfully submitted this 6th day of December, 2024.

| | |
|---|---|
| /s/ Sean C. Kulka | /s/ John D. Elrod |
| Darryl S. Laddin (Ga. Bar No. 460793) | John D. Elrod, Ga. Bar No. 246604 |
| Sean C. Kulka (Ga. Bar No. 648919) | Allison McGregor, Ga. Bar No. 860865 |
| ARNALL GOLDEN GREGORY LLP | GREENBERG TRAURIG, LLP |
| 171 17th Street, N.W., Suite 2100 | Terminus 200 |
| Atlanta, GA 30363-1031 | 3333 Piedmont Road NE, Suite 2500 |
| Telephone: (404) 873-8500 | Atlanta, GA 30305 |
| Facsimile: (404) 873-8121 | Telephone: (678) 553-2259 |
| darryl.laddin@agg.com | Facsimile: (678) 553-2269 |
| sean.kulka@agg.com | ElrodJ@gtlaw.com |
| | Allison.McGregor@gtlaw.com |
| *Counsel for Defendant* | *Counsel for the Plaintiffs* |

2

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2024, I electronically filed and served a true and correct copy of the foregoing upon all parties registered to receive electronic notices in this case.

/s/ *John D. Elrod*
John D. Elrod